UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ADAMS SQUARE BAPTIST CHURCH and PASTOR KRISTOPHER CASEY,<br><br>Plaintiffs<br><br>v.<br><br>GOVERNOR CHARLES D. BAKER, in his official capacity; EDWARD M. AUGUSTUS, JR., in his official capacity; and STEVEN M. SARGENT, in his official capacity,<br><br>Defendants | CIVIL ACTION NO. 4:20-cv-10916 |

**JOINT MOTION TO CONTINUE HEARING ON PLAINTIFFS' EMERGENCY MOTION FOR TEMPORARY RESTRAING ORDER
AND STIPULATIONS REGARDING ENFORCEMENT**

The Plaintiffs and the Defendants in this case (the "Parties") jointly move this Court to continue for one week the Hearing on Plaintiffs' Motion for Temporary Restraining Order presently scheduled for today, Friday, May 15, 2020 at 3:00 p.m. As grounds for their Motion, the Parties state as follows:

1. Plaintiffs Adam Square Baptist Church and Pastor Kristopher Casey filed the instant action on May 13, 2020 against the Governor of the Commonwealth of Massachusetts (the "Governor"), the City Manager of Worcester, Massachusetts and the Chief of Police of the Worcester Police Department (the last two, collectively, the "Worcester Defendants") alleging that "*COVID-19 Order No. 13*," issued by the Governor on March 23, 2020 (hereinafter the

"*Order No. 13*") facially or as applied, violates the Constitutional rights of Plaintiffs under the First and Fourteenth Amendments to the U.S. Constitution.

2. Plaintiffs also filed an Emergency Motion for Temporary Restraining Order pursuant to Rule 65(b) of the Federal Rules of Civil Procedure (the "Plaintiffs' TRO Motion") for a temporary restraining order and/or preliminary injunction against further enforcement actions being taken by Defendants against Plaintiffs.

3. This Court entered an Order on May 14, 2020 regarding service on the Defendants and scheduling a hearing on Plaintiffs' TRO Motion for today, Friday, May 15, 2020 at 3:00 p.m. The Defendants have been informally served and the Parties have been in ongoing discussions about the case.

4. The Parties: i) have come to an agreement regarding the enforcement of *Order No. 13*, that protects the Plaintiffs as provided in the Stipulations listed below; ii) acknowledge that the Governor will be issuing a further Executive Order relative to Covid-19 (the "New Covid Order") on Monday, May 18, 2020 that will amend the existing executive order scheme in ways relevant to the issues in the case.

5. The Parties respectfully submit that a hearing today and a ruling on the Plaintiffs' TRO Motion in a situation in which *Order No. 13* will be shortly superseded by the New Covid Order, and where the New Covid Order has not been seen or reviewed by the Parties or the Court, is not in the interests of judicial economy, especially where the Plaintiffs are protected in the meantime against enforcement actions.  A continuance of today's hearing on will allow the Parties to review the New Covid Order and address the Plaintiffs' TRO Motion in a timely and orderly fashion that will be most helpful to this Court in addressing the issues in the case.

## STIPULATIONS

The Worcester Defendants agree and stipulate that they shall refrain, and shall instruct the local Board of Health to refrain, from giving Notices of Violation, filing criminal complaints, levying fines, making arrests, threatening arrests, prosecuting criminal charges or otherwise enforcing or taking any enforcement action under the *Order No. 13* against the Plaintiffs until the earlier of: i) the supersession or rescission of *Order No. 13*; or ii) a ruling on the merits of the Plaintiffs' TRO Motion.

The Governor agrees and stipulates that the Department of Public Health will not give any Notice of Violation or otherwise enforce or take any enforcement action under *Order No. 13* against the Plaintiffs until the earlier of: i) the supersession or rescission of *Order No. 13* as applied to places of worship; or ii) a ruling on the merits of the Plaintiffs' TRO Motion.

WHEREFORE, Plaintiffs and Defendants respectfully ask the Court to grant this Motion and continue the Hearing on the Plaintiffs' TRO for one (1) week to Friday, May 22, 2020 at 3:00 pm.

Dated:  May 15, 2020

Respectfully submitted,

ADAMS SQUARE BAPTIST CHURCH
and PASTOR KRISTOPHER CASEY

By their attorneys,

s/ *Carl F. Schmitt*
Carl F. Schmitt (BBO # 564988)
SCHMITT & DILLON
233 Main Street
Lancaster, MA 01523
Telephone: 978-368-7500
Email: cschmitt@sdslawyers.com

and

David C. Gibbs, Jr.
Seth J. Kraus
Jonathan D. Gibbs
GIBBS & ASSOCIATES LAW FIRM, LLC
6398 Thornberry Ct.
Mason, Ohio 45040
Telephone: (513) 234-5545
Email: dgibbs@gibbs-lawfirm.com
       skraus@gibbs-lawfirm.com
       jgibbs@gibbs-lawfirm.com


EDWARD M. AUGUSTUS, JR.,
AND
STEVEN M. SARGENT


By their attorney,

s/ *Wendy L. Quinn*
Wendy L. Quinn (BBO # 653954)
Assistant City Solicitor
City of Worcester Law Dept.
City Hall, Room 301
455 Main Street
Worcester, MA  01608
Telephone:  (508) 799-1161
Email: QuinnWL@worcesterma.gov

CHARLES D. BAKER

By his attorneys,

s/ *Amy Spector*
Amy Spector (BBO No. 557611)
Assistant Attorney General
Office of Attorney General Maura Healey
One Ashburton Place
Boston, Massachusetts  02108
Telephone: (617) 963-2076
 Email: amy.spector@mass.gov


s/ *Kimberly A. Parr*
Kimberly A. Parr (BBO No. 679806)
Assistant Attorney General
Administrative Law Division
Office of Attorney General Maura Healey
One Ashburton Place
Boston, MA  02108
Telephone: (617) 963-2489
Email: Kimberly.Parr@mass.gov