UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ADAMS SQUARE BAPTIST CHURCH and PASTOR KRISTOPHER CASEY,<br><br>    Plaintiffs<br><br>    v.<br><br>GOVERNOR CHARLES D. BAKER, in his official capacity; EDWARD M. AUGUSTUS, JR., in his official capacity; and STEVEN M. SARGENT, in his official capacity,<br><br>    Defendants | CIVIL ACTION NO. 4:20-cv-10916 |

## NOTICE OF WITHDRAWAL
## OF PLAINTIFFS' EMERGENCY MOTION FOR TEMPORARY RESTRAING ORDER

The Plaintiffs previously filed Plaintiffs' Emergency Motion for Temporary Restraining Order (Document No. 2) and Memorandum in Support of Plaintiffs' Emergency Motion for Temporary Restraining Order (Document No. 3) on May 13, 2020 (the "Motion").

Plaintiffs now file this notice to inform the Court and the parties that they are withdrawing the Motion.

Dated:  May 21, 2020                                     Respectfully submitted,

                                                                                      ADAMS SQUARE BAPTIST CHURCH
                                                                                      and PASTOR KRISTOPHER CASEY

By their attorneys,

s/ *Carl F. Schmitt*
Carl F. Schmitt (BBO # 564988)
SCHMITT & DILLON
233 Main Street
Lancaster, MA 01523
Telephone: 978-368-7500
Email: cschmitt@sdslawyers.com

and

David C. Gibbs, Jr.
Seth J. Kraus
Jonathan D. Gibbs
GIBBS & ASSOCIATES LAW FIRM, LLC
6398 Thornberry Ct.
Mason, Ohio 45040
Telephone: (513) 234-5545
Email: dgibbs@gibbs-lawfirm.com
          skraus@gibbs-lawfirm.com
          jgibbs@gibbs-lawfirm.com